**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **MV3 PARTNERS LLC,** | § | |
| | § | **Civil Action No.: 6:18-cv-374** |
| | § | |
| **Plaintiff,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **v.** | § | |
| | § | |
| **BEST BUY CO., INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff MV3 Partners LLC ("MV3"), by and through its attorneys, for its Complaint against Defendant Best Buy Co., Inc. ("Best Buy"), hereby alleges the following:

### I.      NATURE OF THE ACTION

1.      This is a patent infringement action to end Defendant's unauthorized and infringing use, sale, offering for sale, and/or importation of methods and products incorporating Plaintiff's patented inventions.

2.      MV3 is the owner of all right, title, and interest in and to United States Patent No. 8,863,223 (the "'223 Patent"), issued October 14, 2014 and titled "Mobile Set Top Box."  A true and correct copy of the '223 Patent is attached hereto as Exhibit A.

3.      The '223 Patent discloses a set top box that acts as a conduit between disparate data networks and display devices.  The '223 Patent describes a novel set top box that contains significant technical improvements over prior art set top boxes.

4.      Best Buy uses, sells, offers to sell, and/or imports Roku, Inc.'s ("Roku") Roku TV and Roku's media players, such as the Roku Ultra, Roku Express, Roku Express+, Roku Premiere, Roku Premiere+, Roku Streaming Stick, Roku Streaming Stick+ (collectively, "the Roku Devices"), which infringe one or more claims of the '223 Patent.

5.      MV3 seeks monetary damages and prejudgment interest for Defendant's past and continuing infringement of the '223 Patent.

## II.      PARTIES

6.      Plaintiff MV3 Partners LLC is a limited liability company organized and existing under the laws of Florida, with its principal place of business at 4440 PGA Blvd., Suite 600, Palm Beach Gardens, Florida 33410.

7.      Defendant Best Buy Co., Inc. is a corporation organized and existing under the laws of Minnesota, having a principal place of business at 7601 Penn Avenue South, Richfield, MN 55423, and authorized to do business in Texas.  Best Buy may be served through its agent for service of process, C. T. Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201.  Best Buy has many retail establishments throughout this District including the following that can be found in the Waco/Austin area:

- 4627 S. Jack Kultgen Expy, Waco, TX 76706;

- 3550 S. General Bruce Dr., Temple, TX 76504;

- 3209 E. Central Texas Expy, Killeen, TX 76543;

- 1015 W. University Ave., Ste. 300, Georgetown, TX 78628;

- 1201 Barbara Jordan Blvd., Austin, TX 78723;

- 4970 W. Highway 290, Southtown Square, Austin, TX 78735;

- 9607 Research Blvd., Ste. 500, Austin, TX 78759;

- 9600 S. Interstate 35, Ste. Q, Austin, TX 78748;

- 12909 Shops Pkwy, Bee Cave, TX 78738;

- 11066 Pecan Park Blvd., Ste. 300, Cedar Park, TX 78613;

- 3201 South Interstate 35, Ste. 600, Round Rock, TX 78664;

- 19000 Limestone Commercial Dr., Pflugerville, TX 78660;

- 1015 W. University Ave., Ste. 300, Georgetown, TX 78628; and

- 761 Hwy 71 W, Bastrop, TX 78602.

### III.    JURISDICTION AND VENUE

8.    This is an action for patent infringement, which arises under the Patent Laws of the United States, in particular, 35 U.S.C. §§ 271, 281, 282, 284, and 285.  The Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

9.    This Court has personal jurisdiction over Best Buy because it has committed acts giving rise to this action within Texas and within this judicial District.  Defendant regularly does business or solicits business in this District and in Texas, engages in other persistent courses of conduct and derives substantial revenue from products and/or services provided in this District and in Texas, and has purposefully established substantial, systematic, and continuous contacts within this District and should reasonably expect to be sued in a court in this District.  For example, Best Buy has many retail establishments in this District and has a Texas registered agent for service. Best Buy operates a website that solicits sales of the infringing products by consumers in this District and in Texas.  Given these contacts, the Court's exercise of jurisdiction over Best Buy will not offend traditional notions of fair play and substantial justice.

10.    Venue in the Western District of Texas is proper pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b) because Best Buy has many retail establishments in this District, has committed

acts within this judicial district giving rise to this action, and continues to conduct business in this judicial district, including one or more acts of using, selling, offering for sale, and/or importing infringing products or providing support service to Best Buy's customers in this District.

## IV.    THE PATENT-IN-SUIT

11.    The '223 Patent discloses a set top box that provides functionality that enables a connected display device to render a television signal and enables an upconversion/upscaling process from a mobile computing device where media content residing on or being streamed to the mobile computing device is forwarded to a display device.

12.    The specification of the '223 Patent identifies technical problems in the prior art and claims improvement to these problems.  For instance, the specification explains that prior art set top boxes could only be used with the network that provided the box, such as Comcast or Verizon FIOS.  ('223 Patent at 1:32-37.)  Moreover, prior art mobile computing devices could not "be connected to large display monitors" and were "limited to displaying over-the-air signals on a mobile terminal."  *Id*. at 2:24-37.  The specification further explains the need to "enable the mobile set top box to up-convert content intended for a mobile computer device, such as a mobile phone, so that the content is properly viewed on a larger display, such as a large screen HDTV."  *Id*. at 2:58-61.  In essence, the '223 Patent claims a technical solution to these problems through a mobile set top box that combines the functionality of a set top box and a mobile communication system so that content normally available at discrete locations can be available any time.  Further, the claimed mobile set top box can up-convert content intended for a mobile phone so that the content is properly viewed on a larger display.  The claimed technical solution is further incorporated in at least claim 1 of the '223 patent.

13.    MV3 owns all substantial and material rights to and interests in the '223 Patent, including the right to recover damages for all past and future infringement thereof.

14.    The '223 Patent is valid and enforceable.

**COUNT I:    INFRINGEMENT OF THE '223 PATENT**

15.    MV3 incorporates paragraphs 1 through 14 herein by reference.

16.    **Direct Infringement.**  Best Buy, without authorization or license from MV3, has been and is presently directly infringing, literally or under the doctrine of equivalents, at least claim 1 of the '223 Patent, as infringement is defined by 35 U.S.C. § 271(a), including through using (including for testing purposes), selling, offering for sale, and/or importing infringing products. Best Buy is thus liable for direct infringement of the '223 Patent pursuant to 35 U.S.C. § 271(a). Exemplary infringing products include the Roku Devices.

17.    Best Buy uses, sells, offers to sell, and/or imports the Roku Devices in this District. For example, the Roku Ultra – 4K device is available for pickup at the Waco Best Buy store.



https://www.bestbuy.com/site/roku-ultra-4k-streaming-media-player-with-jbl-headphones-and-enhanced-voice-remote-black/6293215.p?skuId=6293215 (last visited Dec. 10, 2018).

18.     The Roku Devices infringe at least claim 1 of the '223 Patent because they provide functionality to enable the provisioning of both broadcast television and internet content for display on a television screen.

19.     As reflected in Roku's own product literature illustrated below, the Roku Devices are configured to accept and receive content from a mobile computing device, such as an Android or iOS mobile phone.  For example, the Roku Devices enable two-way wireless communication with a mobile computing device.  Mobile computing devices are configured to receive media content (*e.g.*, content from the Roku mobile app) from at least two different types of

communications networks (*e.g.*, cellular broadband and WiFi). All of this functionality is disclosed in at least claim 1 of the '223 Patent.



### How do I display photos, videos, and songs on my TV using Play on Roku?

**Background**

When you want to display personal media files on your TV screen, you may be able to use the **Play on Roku** feature built in to the free Roku mobile app for iOS® and Android™ devices. Play on Roku lets you share photos, videos, and songs stored on your compatible mobile device to your Roku streaming player or Roku TV™. After you launch the mobile app and choose what to view from your phone or tablet, it will appear on your TV.

https://support.roku.com/article/208755108-what-is-play-on-roku (last visited Oct. 16, 2018).



### How to use screen mirroring with your Android™ or Windows® device

**Background**

When you want to display content from your phone or tablet on a nearby TV, you may be able to use **screen mirroring**. This feature allows you to replicate (or "mirror") the screen of your compatible Android™ or Windows® device wirelessly onto your TV screen. With screen mirroring, you can send web pages, videos, photos, music, and more to your compatible Roku® streaming player or Roku TV™. In other words, whatever you see and do on your mobile device appears on your TV.

To use screen mirroring, you must first set up and enable the feature on your Android or Windows device and then request a connection to your Roku device. Once a connection is established, you can see your mobile screen on your TV and control it from your phone or tablet.

https://support.roku.com/article/208754928-how-to-use-screen-mirroring-with-your-android-or-windows-device (last visited Oct. 16, 2018).



https://www.roku.com/products/roku-ultra (last visited Oct. 16, 2018).

20.    As reflected in Roku's own product literature illustrated below, the Roku Devices provide for input of media content from a mobile computing device.  For example, the Roku Devices are enabled to receive content cast from a mobile computing device.   All of this functionality is disclosed in at least claim 1 of the '223 Patent.

**Networking**

802.11ac MIMO dual-band wireless

*Id.*

**Screen Mirroring your phone or tablet**

*Only in connected mode,* your TV has a feature called screen mirroring that lets you mirror your compatible smartphone or tablet on your TV. Share videos, photos, web pages, and more from compatible devices.

https://image.roku.com/c3VwcG9ydC1B/Roku-TV-User-Guide-US-CA-8-0-2.pdf (at pg. 127, last visited Oct. 16, 2018).

21.    As reflected in Roku's own product literature illustrated below, the Roku Devices provide for input of a television signal (*e.g.,* live television apps, such as the Roku Channel, DirecTV NOW, fuboTV, Hulu with Live TV, Philo, SlingTV, YouTube TV, and PlayStation Vue). All of this functionality is disclosed in at least claim 1 of the '223 Patent.

Things you'll love with Roku Ultra

500,000+ movies and TV episodes

The best free experience

From quick access to free movies and TV on the home page, to hundreds of free channels packed with Hollywood hits, live news and more, with Roku streaming players, there's plenty to watch without spending extra.

Search across channels

The easiest way to 4K entertainment

Easy voice search

https://www.roku.com/products/roku-ultra (last visited Oct. 16, 2018).

## Can I get live or local TV?

Yes. Access networks like ABC, NBC, and FOX or cord-cutter channels like Sling TV and PlayStation™ Vue that offer the best of network programming for a low monthly fee. And Roku TVs let you access free live broadcast TV using your home's antenna.

https://www.roku.com/how-it-works (last visited Oct. 16, 2018).

What are your best local streaming tips?



Local news (TV)

- Popular Roku channels DIRECTV NOW, Hulu with Live TV, PlayStation Vue, and Sling TV deliver local channels in select markets*. If you're interested in CBS specifically, CBS All Access offers 126 live and local CBS channels. Note: these channel require a monthly subscription.
- NewsON (free) offers live and on-demand local newscasts and local news clips from in 170+ markets. What's cool about this channel is you can switch to different locations around the country. If you're missing your hometown newscasters, this is the channel for you!
- LocalNow (requires participating TV provider subscription after 30-day free trial) provides hyper-local weather, traffic, news and sports info from 207 locations across the country.
- Be sure to browse the "News & Weather" category of the Roku Channel Store and look for your local affiliates. Today there are 100+ free local news channels including WGN Chicago, KHOU Houston, FOX25 Boston and WSB Atlanta.

https://blog.roku.com/blog/2017/09/07/how-to-watch-local-channels-news-and-weather-on-your-roku-player-and-roku-tv/ (last visited Oct. 16, 2018).



https://www.roku.com/whats-on/the-roku-channel (last visited Oct. 16, 2018).

Cable alternatives and live TV streaming services

Are you looking for a live TV service that has specific channels like ESPN, HGTV or TNT? Click here to see the full channel lineups of the services below.

DIRECTV NOW
- Starts at $35/month, after 7-day free trial
- Base package (Live a Little) includes 60+ channels including AMC, Bravo, ESPN, MTV, TNT and more

fuboTV
- Starts at $19.99/month, after 7-day free trial
- Base package (fubo Premier) includes 75+ channels including FS1, NFL Network, NBA TV, bein Sports, Pac-12 Network and more

Hulu with Live TV
- Starts at $39.99/month, after 7-day free trial
- Includes 50+ channels including CNN, Fox News, Disney Channel, FX, HISTORY, Telemundo and more

Philo
- Starts at $16/month, after 7-day free trial
- Base package includes 37 channels including BBC America, Comedy Central, HGTV, Lifetime, OWN and more

PlayStation Vue
- Starts at $39.99/month, after 5-day free trial
- Base package (Access) includes 25 channels including AMC, Animal Planet, Discovery, ESPN, FS1, FS2 and more

Sling TV
- Starts at $20/month, after 7-day free trial (Psst...don't miss this limited time offer! With the purchase and activation of a new Roku player or Roku TV by 4/7/18, new Sling TV customers can get $50 in Sling TV credits.)
- Base package (Sling Orange) includes 30 channels including A&E, Cartoon Network, Food Network, Freeform, TNT and more

YouTube TV
- Starts at $35/month, after 7-day free trial
- Includes 50+ channels including BTN, NBC Sports, CBS Sports, The CW, Fox Sports and more

Stream on!

https://blog.roku.com/cable-alternatives (last visited Oct. 16, 2018).

22.     As reflected in Roku's own product literature illustrated below, the Roku Devices have a video processor that is configured to receive and process media content from a mobile computing device.  Moreover, the video processor within the Roku Devices can process media content from unicast and multicast broadcasts and is able to process a predefined protocol stack of video packets.  All of this functionality is disclosed in at least claim 1 of the '223 Patent.



https://www.roku.com/products/roku-ultra (last visited Oct. 16, 2018).

https://www.roku.com/roku-tv/picture-quality (last visited Oct. 16, 2018).

http://open-media-community.com/2015/01/27/stream-any-format-to-roku/ (last visited Oct. 16, 2018).

23.    As reflected in Roku's own product literature illustrated below, the Roku Devices have a processor that enables upconversion.  All of this functionality is disclosed in at least claim 1 of the '223 Patent.

Power. Picture.
Performance.

Top-of-the-line with a quad-core
processor and our best wireless, the
Roku Ultra is perfect for heavy
streaming in HD, 4K, and HDR.

https://www.roku.com/products/roku-ultra (last visited Oct. 16, 2018).

Advanced features for brilliant picture quality

Available on all Roku TVs

**Video upscaling**

Upscaling boosts the picture quality of what you're watching to optimize it for your TV's resolution. That means when you watch HD programming on a 4K TV or standard definition shows on an HD TV, picture is sharper and clearer.

**Picture settings**

Use automatic settings for brilliant color, contrast, and brightness. Or get a picture boost for sports, movies and more with easy presets.

https://www.roku.com/roku-tv/picture-quality (last visited Oct. 16, 2018).

24.    As reflected in Roku's own product literature illustrated below, the Roku Devices are capable of upconverting media content from a mobile computing device for display on a larger display device (*e.g.*, the display of a TV).  All of this functionality is disclosed in at least claim 1 of the '223 Patent.



https://support.roku.com/article/208754928-how-to-use-screen-mirroring-with-your-android-or-windows-device (last visited Oct. 16, 2018).



https://www.forbes.com/sites/sethporges/2016/09/28/why-you-should-upgrade-to-the-roku-ultra-set-top-box/#feb4c443c061 (last visited Oct. 16, 2018).



https://www.roku.com/roku-tv/picture-quality (last visited Oct. 16, 2018).

25.     As reflected in Roku's own product literature illustrated below, the Roku Devices receive media content from the mobile computing device in a first format.  All of this functionality is disclosed in at least claim 1 of the '223 Patent.  *See* https://support.roku.com/article/208754928-how-to-use-screen-mirroring-with-your-android-or-windows-device (last visited Oct. 16, 2018).

26.     The Roku Devices determine a file format from the mobile computing device.  This functionality is disclosed in at least claim 1 of the '223 Patent.



https://www.forbes.com/sites/sethporges/2016/09/28/why-you-should-upgrade-to-the-roku-ultra-set-top-box/#feb4c443c061 (last visited Oct. 16, 2018).

What file types are supported with Play on Roku?

Play on Roku supports the following file types:

Photos: JPG and PNG
Video: MP4 (MPEG-4 Pt 14), MOV, M4V
Music: MP3 and M4A (*DRM-protected music files, such as M4P, are not supported)

Notes:

- Only videos captured with your mobile device are supported.
- Non-standard aspect ratio videos (such as those taken with Instagram) may not be supported.

https://support.roku.com/article/208755108-how-to-display-photos-on-the-tv-using-play-on-roku

(last visited Oct. 16, 2018).

    27.    As reflected in Roku's own product literature illustrated below, the Roku Devices query the display device by determining the required display resolution and determine the native display resolution of the second size format of the display device based on a response resulting from the query of the display device.  All of this functionality is disclosed in at least claim 1 of the '223 Patent.

How do I configure my player to always detect the best resolution and frame rate?

During setup, your Roku player will analyze the HDMI® connection to determine the resolutions and frame rates supported by your TV. Select **Auto detect display type** to begin this process.



Based on the information reported by your TV, your Roku player can automatically select the highest resolution and frame rate so you don't have to manually configure the settings. To put your player into this automatic mode, choose **OK, go to automatic...** after the HDMI connection is analyzed.



https://support.roku.com/article/115009246867-how-to-change-the-display-type-on-your-roku-streaming-player (last visited Oct. 16, 2018).

28.     As reflected in Roku's own product literature illustrated below, the Roku Devices authenticate the validity of the user and determine whether the media is permitted to be displayed. This functionality is disclosed in at least claim 1 of the '223 Patent.



https://support.roku.com/article/208754928-how-to-use-screen-mirroring-with-your-mobile-device (last visited Oct. 16, 2018).

29.     As reflected in Roku's own product literature illustrated below, the Roku Devices upscale the received content from mobile computing device to provide upconverted media content to the display.  This functionality is disclosed in at least claim 1 of the '223 Patent.



https://www.forbes.com/sites/sethporges/2016/09/28/why-you-should-upgrade-to-the-roku-ultra-set-top-box/#feb4c443c061 (last visited Oct. 16, 2018).



https://www.roku.com/roku-tv/picture-quality (last visited Oct. 16, 2018).

30.     As reflected in Roku's own product literature illustrated below, the Roku Devices render a television signal into media content for display, receive a television signal from the television input, decode the television signal into media content, and render the media content on the display device.  This functionality is disclosed in at least claim 1 of the '223 Patent.

## Can I get live or local TV?

Yes. Access networks like ABC, NBC, and FOX or cord-cutter channels like Sling TV and PlayStation™ Vue that offer the best of network programming for a low monthly fee. And Roku TVs let you access free live broadcast TV using your home's antenna.

https://www.roku.com/how-it-works (last visited Oct. 16, 2018).



https://www.roku.com/products/roku-ultra (last visited Oct. 16, 2018).



https://blog.roku.com/blog/2017/09/07/how-to-watch-local-channels-news-and-weather-on-your-roku-player-and-roku-tv/ (last visited Oct. 16, 2018).

31.     As reflected in Roku's own product literature illustrated below, the Roku Devices have an output that enables displaying content on the display device from both a mobile computing device and also from a television signal.  This functionality is disclosed in at least claim 1 of the '223 Patent.  *See* https://www.roku.com/products/roku-ultra (last visited Oct. 16, 2018).

## Get the most out of your new TV

Follow these simple steps to get the most out of your new TV.

1. Connect to the Internet
   - It's simple, it's easy, and it will unlock a world of entertainment. All you need is a network connection. There are hundreds of free streaming channels, paid subscription services like Netflix and Spotify, and convenient ways to rent or buy a favorite film or show with, for example, Google Play.

2. Pick your favorite streaming channels
   - Find the entertainment you love. From the latest blockbuster movies to your favorite TV shows, with tons of live sports, a broad selection of music streaming channels, popular programming in a dozen international languages, 24x7 live news and so much more, your new Roku TV has your sweet spot. A paid subscription or other payments may be required for some channels.

3. Find Antenna TV shows in the Smart Guide
   - *Only in the United States*, use the Smart Guide to see not only what's on TV right now, but what was on up to a week ago, and what will be on in the coming two weeks. And for many over-the-air programs, if you start watching the program after it is already in progress, or you see something you missed in the Smart Guide, you can use More Ways to Watch to find streaming channels where you can see the show from the beginning, find other episodes, or entire seasons of the show, if applicable.

   . . .

9. Send your personal media to the big screen
   - Send personal photos, videos, and music from your compatible smartphone or tablet to the TV screen in just a few taps. Plus, with certain channels, such as Netflix and YouTube, you can send movies, shows, sport highlights, and more directly to your TV.

https://image.roku.com/c3VwcG9ydC1B/Roku-TV-User-Guide-US-CA-8-0-2.pdf (at pgs. 1-2, last visited Oct. 16, 2018).

32. **Indirect Infringement.** At least since Best Buy's receipt of notice and/or the filing of this Complaint, Best Buy and its customers that use the Roku Devices without authorization or license from MV3 have been and are presently indirectly infringing at least claim 1 of the '223 Patent. Best Buy is contributing to the infringement by others and/or inducing infringement by others, by, among other things, inducing its customers to purchase and use the Roku Devices in an infringing manner as described above, including encouraging and instructing its customers through online product descriptions, specifications, and Q&As for the Roku Devices. Best Buy has specifically intended that its customers use the Roku Devices that infringe at least claim 1 of the '223 Patent by, at a minimum, providing access to support, training, and instructions for the

infringing products to its customers to enable them to infringe at least claim 1 of the '223 Patent, as described above.  Best Buy has known, at least as early as the service of this Complaint, that the infringing products, such as the Roku Devices, cannot be used without infringing the technology claimed in the '223 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.  For example, as alleged above, the Roku Devices contain the functionality that enables a connected display to render a television signal and also an upconverted/upscaled input from a mobile computing device.  Such functionality is not part of a staple article of commerce suitable for substantial non-infringing uses.

33.     MV3 is entitled to recover damages from Best Buy to compensate it for Best Buy's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284.

## V.     DEMAND FOR JURY TRIAL

MV3 demands a trial by jury of any and all issues triable of right before a jury.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff MV3 respectfully requests that the Court:

A.     Enter a judgment that Best Buy directly infringed, contributorily infringed, and/or induced infringement of one or more claims of the '223 Patent;

B.     Enter a judgment awarding Plaintiff MV3 all damages adequate to compensate it for Defendant Best Buy's direct or contributory infringement of, or inducement to infringe, the '223 Patent, including all pre-judgment and post-judgment interest at the maximum rate permitted by law;

C.     Declare this case exceptional pursuant to 35 U.S.C. § 285; and

D.     Award Plaintiff MV3 its costs, disbursements, attorneys' fees, and such further and

additional relief as is deemed appropriate by this Court.

Dated:  December 21, 2018          RESPECTFULLY SUBMITTED,

By: */s/ J. Mark Mann*
    J. Mark Mann (Texas Bar No. 12926150)
    mark@themannfirm.com
    G. Blake Thompson (Texas Bar No. 24042033)
    blake@themannfirm.com
    **MANN | TINDEL | THOMPSON**
    300 W. Main Street
    Henderson, Texas 75652
    913 Franklin Ave., Suite 201
    Waco, Texas 76701
    Telephone:  (903) 657-8540
    Facsimile: (903) 657-6003

    Andy Tindel (Texas Bar No. 20054500)
    atindel@andytindel.com
    **MANN | TINDEL | THOMPSON**
    112 E. Line Street, Suite 304
    Tyler, Texas 75702
    Telephone: (903) 596-0900
    Facsimile: (903) 596-0909

    Craig D. Cherry (Texas Bar No. 24012419)
    ccherry@haleyolson.com
    **HALEY & OLSON, P.C.**
    100 N. Ritchie Road, Suite 200
    Waco, Texas 76701
    Telephone: (254) 776-3336
    Facsimile: (254) 776-6823

    Jonathan K. Waldrop (CA Bar No. 297903)
    (*pro hac vice forthcoming*)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (*pro hac vice forthcoming*)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (*pro hac vice forthcoming*)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (*pro hac vice forthcoming*)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (*pro hac vice forthcoming*)
    hkim@kasowitz.com
    Jack Shaw (CA Bar No. 309382)
    (*pro hac vice forthcoming*)
    jshaw@kasowitz.com
    Gurtej Singh (CA Bar No. 286547)
    (*pro hac vice forthcoming*)
    gsingh@kasowitz.com

**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Daniel C. Miller (NY Bar No. 4232773)
(*pro hac vice forthcoming*)
**KASOWITZ BENSON TORRES LLP**
1399 New York Avenue NW, Suite 201
Washington, DC  20005
Telephone:  (202) 760-3400
Facsimile:   (202) 760-3401
Email: dcmiller@kasowitz.com

Rodney R. Miller (Texas Bar No. 24070280)
(*pro hac vice forthcoming*)
**KASOWITZ BENSON TORRES LLP**
1349 West Peachtree Street N.W., Suite 1500
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
Email: rmiller@kasowitz.com

**Attorneys for Plaintiff**
**MV3 Partners LLC**